UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL DELGADILLO, ) | 1:07-CV-00625 LJO GSA HC |
| ) | |
| Petitioner, ) | ORDER DENYING PETITIONER'S |
| ) | MOTION TO EXPAND THE RECORD |
| ) | [Doc. #19] |
| ) | |
| v. ) | ORDER ADOPTING FINDINGS AND |
| ) | RECOMMENDATION |
| ) | [Doc. #18] |
| ) | |
| ) | ORDER DENYING PETITION FOR WRIT |
| F. GONZALES, et al., ) | OF HABEAS CORPUS |
| ) | |
| Respondents. ) | ORDER DIRECTING CLERK OF COURT |
| ) | TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 22, 2008, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be DENIED with prejudice. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On May 23, 2008, Petitioner filed objections to the Findings and Recommendation. In

addition to opposing the Magistrate Judge's Findings and Recommendation, Petitioner requests the record be expanded to include documents related to an administrative segregation placement for an attempted escape. Respondent filed a reply to the objections on June 3, 2008. Respondent requests the Findings and Recommendation be adopted, Petitioner's motion to expand the record be denied, and the petition be denied.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file and having considered the objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis, and there is no need to modify the Findings and Recommendations based on the points raised in the objections. In addition, Petitioner's motion to expand the record will be denied, because as Respondent correctly argues, the 2007 attempted prison escape has no logical relevance to the 2005 parole board decision and is inappropriate for consideration.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to expand the record is DENIED;

2. The Findings and Recommendation issued April 22, 2008, is ADOPTED IN FULL;

3. The Petition for Writ of Habeas Corpus is DENIED with prejudice;

4. The Clerk of Court is DIRECTED to enter judgment; and

5. As this petition challenges a parole decision, a certificate of appealability is not required. Rosas v. Nielsen, 428 F.3d 1229, 1232 (9th Cir.2005).

IT IS SO ORDERED.

**Dated:    June 4, 2008**                    **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE